# EXHIBIT 4

**JOHN REILLY & ASSOCIATES**

**Attorneys and Counselors at Law**

*Admitted in Rhode Island*
*& Massachusetts*

Summit West — Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

Jeffery D. Haigh
jhaigh@lawyers-online.us

March 2, 2006

Stephanie DiPaola
Claims Department
GEICO
750 Woodbury Road
Woodbury, NY 11797-2589

| | | |
|---|---|---|
| **Re:** | **Claim No.:** | **014261142-0101-035** |
| | **Insured:** | **John Laroche** |
| | **Accident:** | **08/24/2002** |
| | **Our Client:** | **Yeldeziena Condor** |

Dear Ms. DiPaola:

This will supplement our prior correspondence in the above referenced matter. We had previously provided to you the all of the medical records and bills relevant to your investigation of the subject loss. It should be noted that prejudgment interest continues to accrue on this matter. We look forward to resolution of this matter in the immediate future and would like to advise you that Summit Insurance intends to take the Examination Under Oath of Ms. Condor. Please be advised that you are invited to attend the examination.

Based upon the condition in which Ms. Condor finds herself as well as its anticipated future impact on her life, we believe that the damages she has incurred exceed the limits available under GEICO's policy. Accordingly, we offer to settle this case for the entire limit of the coverage available to Ms. Condor. You have advised that this is $25,000.00.

Please review and advise at your earliest convenience.

Sincerely,

Jeffery D. Haigh

*cc: client*