# EXHIBIT 6

December 14, 2005

Stephanie DiPaola
Claims Department
GEICO
750 Woodbury Road
Woodbury, NY 11797-2589

**Re:** **Claim No.:** **014261142-0101-035**
**Insured:** **John Laroche**
**Accident:** **08/24/2002**
**Our Client:** **Yeldeziena Condor**

Dear Ms. DiPaola:

Thank you for your correspondence of October 11, 2005. In accordance with your request enclosed please find the following:

- Ms. Condor's medical records from Anchor Medical prior to the 8/24/02 accident; and
- Ms. Condor's medical records from Performance Physical Therapy prior to the 8/24/02 accident.

Thank you for your anticipated attention to the same.

Very truly yours,

John B. Reilly

JBR/skd
Enclosures

*cc: Client (w/out enclosures)*