# EXHIBIT 7

SUMMIT INSURANCE
COMPANY

PO Box 40
Norwich, CT 06360
Tel. 866-287-5098
Fax 800-603-8453

August 25, 2003

Attorney John Reilly
Summit West – STE 330
300 Centerville Road
Warwick, RI 02886

| | | |
|---|---|---|
| Subject: | Our Policyholder: | Joseph Ferri III |
| | Injured Person: | Yeldeziena Condor |
| | Date of Accident: | August 24, 2002 |
| | Claim Number: | S0200638 |

Dear Attorney Reilly,

We are in receipt of your letter dated 08/06/03 putting us on notice of an Underinsured Motorist (UIM) claim. Please be advised that our UIM limits are equal to the tortfeasor's Bodily Injury limits; therefore, there is no UIM exposure. As such, we will not be opening a UIM claim at this time. If you have further information regarding this matter please direct it to my attention.

Sincerely,
Christeen Gilman
Christeen Gilman
Claims Representative
Summit Insurance Company

Trusted Choice