# EXHIBIT 8

**JOHN REILLY & ASSOCIATES**

**Attorneys and Counselors at Law**

*Admitted in Rhode Island*
*& Massachusetts*

Summit West — Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

Jeffery D. Haigh
jhaigh@lawyers-online.us

March 2, 2006

Dennis J. Franchetti AIC
Senior Casualty Adjuster
Summit Insurance Company
P.O. Box 40
Norwich, Connecticut 06360

| | | |
|---|---|---|
| **RE:** | **Claim No.:** | **S0200638** |
| | **Insured:** | **Joseph Ferri, III** |
| | **Accident:** | **8/24/02** |
| | **Our Client:** | **Yeldeziena Condor** |

Dear Mr. Franchetti:

This will supplement our prior correspondence in the above referenced matter. We had previously provided to you all of the medical records and bills relevant to your investigation of the subject loss. We must inform you that we categorically deny your position that pre-judgment interest has yet to begin accruing in this matter. We look forward to resolution of this matter in the immediate future and would like to advise you that we have informed GEICO of your request to take the Examination Under Oath of Ms. Condor and so invited their attendance at the examination.

Based upon the condition in which Ms. Condor finds herself as well as its anticipated future impact on her life, we believe that the damages she has incurred exceed the limits available under your insured's policy. Accordingly, we offer to settle this case for the entire limit of the coverage available to Ms. Condor. You have advised that this is $100,000.00.

Please review and advise at your earliest convenience.

Sincerely,

Jeffery D. Haigh

*cc:* *client*