# EXHIBIT 9

SMITH & BRINK, P.C.
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
ONE STATE STREET
SUITE 400
PROVIDENCE, RI 02908
TELEPHONE: (401) 351-9970
FAX: (401) 274-6218
www.SmithBrink.com

Lauren D. Wilkins*♦
lwilkins@smithbrink.com

* Admitted in Rhode Island
♦ Admitted in Massachusetts

QUINCY OFFICE
122 QUINCY SHORE DRIVE
SECOND FLOOR
QUINCY, MA 02171
TELEPHONE: (617) 770-2214
FAX: (617) 774-1714

DANVERS OFFICE
99 ROSEWOOD DRIVE
UNIT 240
DANVERS, MA 01923
TELEPHONE: (978) 646-9114
FAX: (978) 646-9264

SPRINGFIELD OFFICE
191 CHESTNUT STREET
SUITE 3D
SPRINGFIELD, MA 01103
TELEPHONE: (413) 746-8122
FAX: (413) 781-6290

June 12, 2006

Jeffery D. Haigh, Esquire
Summit West, Suite 330
300 Centerville Road
Warwick, RI 02886-4395

Re: Insured: Joseph Ferri
Claimant: Yeldezeina Condor
Claims: S0200638
Date of Loss: 08/24/02
Our File No.: 1171-0082

Dear Attorney Haigh:

Please be advised that I have been retained by the New London County Mutual Insurance Company (NLC) to assist them in their investigation of your client's claim submitted against Joseph Ferri. I have been retained to provide legal advise and counsel for Joseph Ferri.

I have rescheduled Yeldezeina Condor's examination for **July 25, 2006, at 10:00 a.m.** at my office and Attorney Earl Metcalf will be conducting the examination. I have also made arrangements to have a court reporter present to take her testimony. Kindly note that she is required to bring photo identification to his examination under oath.

Please have your client collect all of the documents in her care, custody, or control which relate in any way to her pending claim including, but not limited to:

1. driver's license;
2. accident report;
3. any and all records of repairs to his personal vehicle which purportedly was out of service from the accident;
4. a copy of the executed release and tortfeasor; and
5. any other insurance policy in full force and effect for you or any member of your household on the date of loss.

Please be advised that at this time Summit Insurance Company hereby names Attorney Amy Berretta as arbitrator on their behalf. Also, please advise me at your earliest

convenience as to the identity of Ms. Condor's arbitrator so that I may inform Attorney Berretta.

Thank you for your anticipated cooperation.

Very truly yours,

Lauren D. Wilkins

LDW/mab

cc: Patrick Conley, Esq.
Dennis Franchetti
NLC Insurance Company