# EXHIBIT 11

STATE OF RHODE ISLAND

IN RE:

YELDEZEINA CONDOR

Vs.

JOSEPH FERRI

---

EXAMINATION UNDER OATH of **YELDEZEINA CONDOR**, Plaintiff in the above-entitled cause, taken on behalf of the Defendant, pursuant to Notice, before Kristen M. Bengtson, RPR, Notary Public in and for the State of Rhode Island, at the offices of: Smith & Brink, P.C., One State Street, Providence, Rhode Island, on Tuesday, July 25, 2006, at 11:00 a.m.

APPEARANCES:
Reilly & Associates
BY: JEFFREY HAIGH, ESQUIRE
Counsel for the Plaintiff

Law Office of Patrick T. Conley
BY: PATRICK T. CONLEY, JR., ESQUIRE
Counsel for GEICO Insurance Company

Smith & Brink, P.C.
BY: EARL METCALF, ESQUIRE
Counsel for the Defendant

COPY

REPORTING ASSOCIATES
Shorthand Reporters
10 Dorrance Street
Providence, RI 02903
(401) 351-1660