# EXHIBIT 14

STATE OF RHODE ISLAND
PROVIDENCE, S.C.

SUPERIOR COURT

NEW LONDON CONNECTICUT
INSURANCE COMPANY

v.

No. M.P.-07-4663

YELDEZEINA CONDOR

**ORDER**

This matter was scheduled to be heard by the Honorable Allen P. Rubine on the 9th day of October, 2007, on New London Connecticut Insurance Company's petition to compel arbitration and stay interest. After hearing thereon, it is hereby ordered, adjudged and decreed:

New London Connecticut Insurance Company's petition to compel arbitration is DENIED.

New London Connecticut Insurance Company's petition to stay interest is neither granted nor denied.

ENTER:

PER ORDER:

____________________________ ____________________________

Prepared and submitted by:

Anita E. Flax #3815
John Reilly & Associates
100 N. Main Street 4th Floor
Providence, RI 02903
Tel: 401-272-2800
Fax: 401-272-2811

CERTIFICATION

I hereby certify that a true copy of the within was mailed by first class mail to the undersigned on the 9th day of October, 2007.

Lauren D. Wilkins, Esq.
Heather L. Melnyk, Esq.
Smith & Brink, PC
One State Street, Suite 400
Providence, RI 02908

Patrick Conley, Esq.
42 Weybossett Street, Suite 402
Providence, RI 02903

[signature]