AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

YELDEZIENA CONDOR

V.

NEW LONDON COUNTY MUTUAL INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-460 ML

TO: (Name and address of Defendant)

New London County Mutual Insurance Company
c/o Insurance Commissioner/Superintendant of Insurance
Department of Business Regulation
233 Richmond Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John B. Reilly, Esq.
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
(401) 272-2800
(401) 272-2811

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 12/13/07

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 12/14/07 |
| NAME OF SERVER *(PRINT)* Michael F. Taliercio | TITLE Constable #6109 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☒ Other (specify): C/o R.I. Insurance Commissioner 233 Richmond ST, Prov. R.I.

## STATEMENT OF SERVICE FEES

| | | |
|---|---|---|
| ~~TRAVEL~~ Fees 25.00 | SERVICES $45.00 | TOTAL $70.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/14/07
Date

DATE 12/14/07
[redacted]
MICHAEL F. TALIERCIO
CONSTABLE #6109
Dis-Interested Party

Signature of Server

24 Tame ST, Cranston R.I. 02920
Address of Server

X Donna Arabian

FILED
2007 DEC 18 A 10: 25
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.