UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

YELDEZIENA CONDOR,
Plaintiff,

v. C.A. No. 07-460 ML

GEICO GENERAL LIABILITY
INSURANCE COMPANY,
SUMMIT INSURANCE COMPANY,
And NEW LONDON COUNTY MUTUAL
INSURANCE COMPANY,
Defendants.

**STIPULATION EXTENDING THE TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT**

By agreement of the parties in the above matter, the period within which defendants may answer plaintiff’s complaint may be extended up to and including January 28, 2008.

Yeldeziena Condor,
by her attorney,

/S/

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
Tel: (401) 272-2800
Fax: (401) 272-2811

New London County
Mutual Insurance Company,
by it’s Attorney,

/S/

Lauren Wilkens, Esq. (#3239)
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02903
Tel: (401) 351-9970
Fax: (401) 274-6218

Geico General Liability
Insurance Company,
By it's Attorney,

__________/S/______________________
Patrick T. Conley, Jr., Esq. (#3808)
Staff Counsel GEICO
42 Weybosset Street, Suite 402
Providence, RI 02903-2825
(401) 621-4140
Fax: (401) 621-4142

Dated:____January 2, 2008_______________________