UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

YELDEZIENA CONDOR
Plaintiff

vs. C.A.NO.: 07-460 ML

GEICO GENERAL LIABLITY
INSURANCE COMPANY, SUMMIT
INSURANCE COMPANY and NEW
LONDON COUNTY MUTUAL
INSURANCE COMPANY
Defendant

**ENTRY OF APPEARANCE**

Now comes Ronald Langlois, Esquire, and hereby enters his appearance on behalf of Defendants, Summit Insurance Company and New London County Mutual Insurance Company, in the above-entitled matter.

Respectfully Submitted,
New London County Mutual
Insurance Company and the Summit
Insurance Company
By their attorneys,

/s/Ronald Langlois
Ronald Langlois, Esq., #2891
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02903
Tel: (401) 351-9970
Fax: (401) 274-6218

**CERTIFICATION**

I hereby certify that on this 28TH day of January, 2008, I mailed a true and accurate copy of the enclosed to:

John Reilly, Esq.
Summit West, Suite 330
300 Centerville Road
Warwick, RI 02886-4395

Patrick Conley, Esq.
42 Weybossett Street, Suite 402
Providence, RI 02903

/s/ Ronald Langlois