UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

YELDEZIENA CONDOR,
Plaintiff,

v. C.A. No. 07-460 ML

GEICO GENERAL LIABILITY
INSURANCE COMPANY,
SUMMIT INSURANCE COMPANY,
And NEW LONDON COUNTY MUTUAL
INSURANCE COMPANY,
Defendants.

**STIPULATION CORRECTING CAPTION OF COMPLAINT**

In the above-entitled matter it may be entered that the defendant's name listed in Plaintiff's Complaint may be and hereby is amended to read "GEICO General Insurance Company," and any references in the Complaint to the defendant shall be amended to properly identify it by such name.

Based upon this Stipulation, defendant, GEICO General Insurance Company, hereby withdraws and waives its First and Second Affirmative Defenses relating to the misnomer of the proper GEICO entity.

Yeldeziena Condor,
by her Attorney,

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
Tel: (401) 272-2800
Fax: (401) 272-2811

GEICO General Insurance Company,
by its Attorney,

Jeffrey P. Finan, Esq. (#3278)
Finan & Grourke
24 Spring Street
Pawtucket, RI 02860
Tel: (401) 723-6800
Fax: (401) 726-6340

Summit Insurance Company and
New London County Mutual
Insurance Company,
by its Attorney,

Ronald Langlois, Esq. (#2891)
SMITH & BRINK
One State Street, Suite 400
Providence, RI 02903
Tel.: (401) 351-9970
Fax: (401) 274-6218

Dated: 5/19/08