UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

YELDEZIENA CONDOR,
Plaintiff,

v. C.A. No. 07-460 ML

GEICO GENERAL INSURANCE COMPANY,
SUMMIT INSURANCE COMPANY,
And NEW LONDON COUNTY MUTUAL
INSURANCE COMPANY,
Defendants.

**MOTION TO AMEND COMPLAINT**

Plaintiff, Yeldeziena Condor ("Condor") respectfully moves that this Court, pursuant to Fed. R. Civ. P. Rule 15 (2) to allow her to amend her complaint in the manner and form accompanying this motion. In support of this request, Condor respectfully represents that subsequent to the initiation of this litigation she has learned and discovered the existence of a second policy most probably providing underinsured coverage for her claims, to wit:

1. The underlying cause of action accrued August 24, 2002.

2. At the time of the accident plaintiff was a resident of 20 Netop Drive, Providence, Rhode Island.

3. At the time of the accident, Cheleasa C. Bergeron, plaintiff's sister, also was a resident of 20 Netop Drive, Providence, Rhode Island

4. At the time of the accident, GEICO had issued an automobile liability insurance policy to Cheleasa C. Bergeron, that was in full force and effect, and provided

uninsured/underinsured motorist coverage with applicable limits of fifty thousand ($50,000) dollars ("the GEICO policy") to related household members.

5. It is plaintiff's contention that she was covered by such policy, thus seeks to amend her complaint to reflect its existence.

WHEREFORE, Plaintiff requests leave to amend her complaint.

Respectfully submitted:
The Plaintiff
YELDEZIENA CONDOR
By her Attorney:

___/s/ John B. Reilly____
John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Tel: (401) 272-2800
Fax: (401) 272-2811

**CERTIFICATION**

It is hereby certified that on the 9th day of June 2008, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Jeffrey P. Finan, Esq.
Finan & Grourke
24 Spring Street
Pawtucket, RI 02860

Ronald Langlois, Esq.
Smith & Brink
One State Street, Suite 400
Providence, RI 02903

___/s/ John B. Reilly____