# EXHIBIT ONE

SUMMIT INSURANCE

PO Box 40
Norwich, CT 06360
Tel. 866-287-5098
Fax 800-603-8453

June 21, 2004

John Reilly & Associates
300 Centerville Road / Suite 330
Warwick, RI 02886-4395
Attention: John Reilly

| | | |
|---|---|---|
| **Re:** | Our Insured: | Joseph Ferri |
| | Your Client: | Yeldezenia Condor |
| | Incident Date: | 8/24/02 |
| | Our File Number: | S0200638 |

Attorney Reilly:

Please be advised that I have assumed handling of the subject claim for underinsured motorists' benefits. Kindly direct all correspondence to my attention.

In speaking with you on this date, you requested permission to settle your client's claim with the tortfeasor's carrier (Merchants) for the policy limits of $100,000.00. You may resolve your client's claim with the tortfeasor's carrier. However, by granting you permission to do so, Summit Insurance Company is making no admission that we believe this case to be worth at or in excess of the tortfeasor's policy limits. Based upon the information that we have received to date, it is our position that this case is not worth a figure at or above the tortfeasor's policy limits.

Please provide complete updated medical information at your earliest opportunity. If you wish to discuss this matter, I can be reached at 800-243-4080 x4298.

Regards,

SUMMIT INSURANCE COMPANY

Dennis J. Franchetti AIC
Senior Casualty Adjuster

Trusted Choice