# EXHIBIT THREE

# RELEASE IN FULL OF ALL CLAIMS
## (Reserving Underinsured Motorist and Medical Payments Insurance Benefits)

I, Yeldeziena Condor, (hereinafter **"the undersigned"**), of 20 Netop Drive, Providence, State of Rhode Island, being of lawful age, for the sole consideration of ONE HUNDRED THOUSAND and 00/100 ($100,000.00) DOLLARS paid by the MERCHANTS INSURANCE GROUP (hereinafter, "Merchants"), hereby remise, release, and forever discharge Isalete Almeida, Michael Ramos and Merchants (hereinafter the **"Releasees"**), for all damages that occurred on or about the 24th day of August, 2002 at or near Elmwood Avenue, Providenece, Rhode Island and especially all liability arising out of such event or accident including, but not limited to, all liability for contribution and/or indemnification.

EXPRESSLY RESERVING, NEVERTHELESS, the right to seek underinsured motorist and medical payments insurance benefits from any and all other sources or companies providing coverage for the same, including, but not limited to, those apparently available to me/us, my/our heirs, executors, administrators, successors and/or assigns pursuant to a policy or policies of insurance issued by the GEICO General Insurance Company and/or the Summit Insurance Company (which such insurer(s) has/have given permission for this release to be given and executed).

AS A FURTHER CONSIDERATION for the making of this settlement and payment it is expressly warranted and agreed that:

1. I understand fully that this is a final settlement agreement and disposition of the disputes, both as to the legal liability for such accident, casualty or event and as to the nature and extent of the illness, injury, disease and/or damage that I/we have sustained.

2. Liability is denied by Releasees and it is covenanted and it is agreed between the undersigned and Releasees that this release and settlement is not to be construed as an admission of liability on the part of the Releasees, that this Release and Settlement Agreement shall not be used by the undersigned or anyone acting in or on behalf of the undersigned as a defense or estoppel in any action which is now pending or may be brought hereafter by the Releasees against the undersigned and that any claim of whatever kind or nature the Releasees might have or hereafter have arising from such incident is expressly reserved to them.

3. The undersigned does for myself/ourselves, my/our heirs, executors, administrators, successors, and/or assigns, covenant to indemnify and save harmless the Releasees from any and every claim or demand of every kind or character arising from such incident which may ever be asserted by me or on my behalf.

4. The undersigned agree(s) that my/our attorney may execute such documents as may be necessary to effectuate dismissal of that legal action brought by the undersigned against some or all of the Releasee(s) in the Providence County Superior Court (C.A. No. PC04-1967) so as to effectuate and be in furtherance of the settlement agreement hereby expressed.

5. No promise, agreement, statement or representation not expressed in this Release has been made to the undersigned, or relied upon the undersigned and this Release contains the entire agreement between the parties.

IN WITNESS WHEREOF, I/we have hereunto set my/our hand(s) and seal(s) this 23rd day of July, 2004.

________________________(Seal)

STATE OF RHODE ISLAND
COUNTY OF Kent

Subscribed and sworn to before me at Warwick, in the State of Rhode Island, this 23rd day of July, 2004.

Jennifer L Case
Notary Public
My Commission Expires: 4/22/05