# EXHIBIT FIVE

GEICO

- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

Regional Office:
750 Woodbury Rd ■ Woodbury, NY 11797-2589

03/08/2006

JEFFERY D. HAIGH
LAW OFFICES OF JOHN REILLY
SUMMIT WEST-300 CENTERVILLE RD Suite #: 330
WARWICK RI 02886 4395

| | |
|---|---|
| CLAIM #: | 014261142-0101-035 |
| INSURED: | John Laroche |
| LOSS DATE: | 8/24/02 |
| YOUR CLIENT(S): | Yeldeziena Condor |

Dear Mr. Haigh:

Thank you for your letter of March 2, 2006. Contrary to your statement that you had previously provided all medical records and bills relevant to my investigation, your office had repeated ignored my requests for your client's prior medical records.

I have attached a copy of my letter to John B Reilly dated October 11, 2005 stating very clearly what information is needed. Please note that I had made prior requests for the same information dated August 1, 2005, February 1, 2005, December 30, 2004 and July 16, 2004. Your office has yet to comply with these requests. The refusal to comply with our numerous requests is delaying this claim.

Thank you for inviting us to attend your client's examination under oath. We would definitely want to attend. However, you did not mention the date, time or location of this examination under oath. Please advise me upon receipt of this letter.

Regarding our policy limit, your office was advised by letter of July 16, 2004 that we have a $25,000/$50,000 policy. My insured was carrying two vehicles at the time of the accident. There was stacking on the policy and therefore, there is $50,000 in available coverage for this loss.

Considering your offices lack of compliance with your client's prior injuries to the same area of the body being claimed in this loss, you demand is premature. Also, as you are aware, Summit Insurance Company is also an underinsured motorist carrier. As such, this is a pro rata situation. They carry a $100,000/$300,000 policy. This would be a 2/3 split for Summit and 1/3 for Geico. As such, any demands should be addressed to both carriers.

If you have any questions or wish to discuss any of these issues further, feel free to call me at the number shown below, or at my direct line 516-496-5044.

Very truly yours,

Stephanie DiPaola, Claims Examiner
1-800-645-7550 Ext.5044
Examiner Code: J088