# EXHIBIT SIX

December 14, 2005

Stephanie DiPaola
Claims Department
GEICO
750 Woodbury Road
Woodbury, NY 11797-2589

| | | |
|---|---|---|
| Re: | **Claim No.:** | **014261142-0101-035** |
| | **Insured:** | **John Laroche** |
| | **Accident:** | **08/24/2002** |
| | **Our Client:** | **Yeldeziena Condor** |

Dear Ms. DiPaola:

Thank you for your correspondence of October 11, 2005. In accordance with your request enclosed please find the following:

- Ms. Condor's medical records from Anchor Medical prior to the 8/24/02 accident; and
- Ms. Condor's medical records from Performance Physical Therapy prior to the 8/24/02 accident.

Thank you for your anticipated attention to the same.

Very truly yours,

John B. Reilly

JBR/skd
Enclosures

*cc: Client (w/out enclosures)*