# EXHIBIT SEVEN

SUMMIT INSURANCE COMPANY

PO Box 40
Norwich, CT 06360
Tel. 866-287-5098
Fax 800-603-8453

August 25, 2003

Attorney John Reilly
Summit West – STE 330
300 Centerville Road
Warwick, RI 02886

| | | |
|---|---|---|
| Subject: | Our Policyholder: | Joseph Ferri III |
| | Injured Person: | Yeldeziena Condor |
| | Date of Accident: | August 24, 2002 |
| | Claim Number: | S0200638 |

Dear Attorney Reilly,

We are in receipt of your letter dated 08/06/03 putting us on notice of an Underinsured Motorist (UIM) claim. Please be advised that our UIM limits are equal to the tortfeasor's Bodily Injury limits; therefore, there is no UIM exposure. As such, we will not be opening a UIM claim at this time. If you have further information regarding this matter please direct it to my attention.

Sincerely,

Christeen Gilman
Claims Representative
Summit Insurance Company

Trusted Choice