# EXHIBIT TEN

SUMMIT INSURANCE COMPANY

101 High Street, PO Box 40, Norwich, CT 06360

# PERSONAL AUTOMOBILE POLICY DECLARATIONS

POLICY NUMBER: 01007129
STATUS DECLARATION

DIRECT BILL INSURED
10 PAY PLAN

**NAMED INSURED**
JOSEPH FERRI,III
20 STEPHENS STREET
EAST PROVIDENCE RI 02915

**Policy Period: From** 06/28/02 **to** 06/28/03 **, 12:01 AM Standard Time at the Insured Location**

**VEHICLES COVERED**

| VEH | YR | MAKE | MODEL | VEHICLE ID | TYPE | SYM | AGE | TERR | USE | CLASS | DR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 95 | TYTA | COROLLA SEDA | 2T1AE04B0SC083987 | PP1 | 12 | 8 | 2 | S | 887210 | 1 |

**COVERAGES AND LIMITS OF LIABILITY** — **PREMIUM BY AUTO**

**COVERAGE IS PROVIDED ONLY WHERE A PREMIUM IS SHOWN FOR THE AUTO AND COVERAGE**

| | | VEH 1 |
|---|---|---|
| BODILY INJURY LIABILITY<br>- EACH PERSON/EACH ACCIDENT | $100,000/ $300,000 | $254 |
| PROPERTY DAMAGE LIABILITY<br>- EACH ACCIDENT | $100,000 | 143 |
| MEDICAL PAYMENTS<br>- EACH ACCIDENT | $5,000 | 10 |
| UNINSURED/UNDERINSURED MOTORIST<br>BODILY INJURY - STANDARD<br>- EACH PERSON/EACH ACCIDENT | $100,000/ $300,000 | 109 |
| UNINSURED MOTORIST PROPERTY DAMAGE<br>- EACH ACCIDENT | $25,000 | 33 |
| TRANSPORTATION EXPENSE<br>- PER DAY/TOTAL LIMIT | | |
| DISCOUNTS<br>5% ACCOUNT CREDIT APPLIED | | |
| TOTAL PREMIUM PER VEHICLE | | $549 |
| TOTAL POLICY PREMIUM | | $549 |

**DATE ISSUED:** 12/22/05

AGENCY **9017 AVERY-SMITH AGENCY INC.** **237 NEW MEADOW ROAD** **PHONE: (401) 245-8100**
**AUDEC199**
AGENT'S COPY