# EXHIBIT TWELVE

**JOHN REILLY & ASSOCIATES**
**Attorneys and Counselors at Law**

*Admitted in Rhode Island*
*& Massachusetts*

Summit West — Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

John B. Reilly
jreilly@lawyers-online.us

May 4, 2007

Heather L. Melnyk, Esq.
Smith & Brink
One State Street, Suite 400
Providence, RI 02908

| | | |
|---|---|---|
| **RE:** | **Your File:** | **1171-0082** |
| | **Insured:** | **Joseph Ferri, III** |
| | **Accident:** | **8/24/02** |
| | **Our Client:** | **Yeldeziena Condor** |

Dear Ms. Melnyk:

Thank you for your letter of April 27, 2007. We will certainly try to update Ms. Condor's current medical status as her permanent condition is likely giving her continued medical problems. Copies of any new reports, records and bills will be forwarded upon receipt.

The arbitration situation will also be reviewed with Ms. Condor. We do not feel that arbitration is "required" (see the two policies, R.I.G.L. § 10-3-1 and *Pacheco v. Nationwide*, 114 R.I. 575) but it will be considered. Additionally, we feel that good faith required the two insurers to provide a copy of Ms. Condor's examination under oath transcript (and any other statements she may have given) without expense. We are at a loss to understand why Reporting Associates is sending invoices for this and would appreciate it if the two insurers will each pay half of this cost directly to the stenographer.

Finally, we note that neither of the insurers (Summit and GEICO) seems to have offered *anything* for the settlement of Ms. Condor's claims. Kindly correct me if I am mistaken in this regard.

Sincerely,

John B. Reilly

Jbr:bh
Enclosure
cc: client
Patrick Conley, Esq.