UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

YELDEZIENA CONDOR
Plaintiff

vs. C.A.NO.: 07-460 ML

GEICO GENERAL LIABLITY
INSURANCE COMPANY, SUMMIT
INSURANCE COMPANY and NEW
LONDON COUNTY MUTUAL
INSURANCE COMPANY
Defendant

**DEFENDANTS', SUMMIT INSURANCE COMPANY and NEW LONDON COUNTY MUTUAL INSURANCE COMPANY'S MOTION TO SEVER & STAY COUNTS IV, V, and VI OF PLAINTIFF'S COMPLAINT**
[Fed.R.Civ.P. 42(b)]

Now come the Defendants in the above-captioned action, Summit Insurance Company and New London County Mutual Insurance Company, pursuant to Fed.R.Civ.P. 42(b), requests that this Honorable Court sever and stay the Plaintiff's "bad-faith" and claims "abuse of process" against the Defendants as set forth in Counts IV, V and VI of its Complaint.

As grounds thereof, Defendants state that "since the burden of proof on a bad-faith claim is so formidable… it is inherently prejudicial for a trial justice to decline to sever that claim from a breach-of-contract claim. Corrente v. Fitchburg Mutual Fire Insurance Co., 557 A.2d 859 (R.I. 1989) (severance of the bad faith claim from the Plaintiff's breach of contract claim is mandatory.)

WHEREFORE, the Defendants request that this Honorable Court grant their motion to sever and stay Counts IV, V and VI of Plaintiff's Complaint, and grant such further relief as may be deemed necessary by the Court.

Respectfully Submitted,
New London County Mutual Insurance Company and the Summit Insurance Company
By their attorney,

/s/Ronald Langlois
Ronald Langlois, Esq., #2891
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02903
Tel: (401) 351-9970
Fax: (401) 274-6218

**CERTIFICATION**

I hereby certify that on this 26th day of June, 2008, I mailed a true and accurate copy of the enclosed to:

John Reilly, Esq.
100 North Main Street, 4th Floor
Providence, RI 02903

Jeffrey Finan, Esq.
24 Spring Street
Pawtucket, RI 02860

/s/Ronald Langlois