**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

YELDEZIENA CONDOR
Plaintiff

vs. C.A. No. 07-460 ML

GEICO GENERAL INSURANCE COMPANY; SUMMIT INSURANCE COMPANY and NEW LONDON COUNTY MUTUAL INSURANCE COMPANY
Defendants

**PLAINTIFF'S OBJECTION TO MOTION OF DEFENDANTS, SUMMIT INSURANCE COMPANY AND NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, TO "SEVER AND STAY" COUNTS IV, V and VI OF PLAINTIFF'S COMPLAINT PURSUANT TO RULE 42(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Defendants, Summit Insurance Company ("Summit") and New London County Mutual Insurance Company ("NLC") (also sometimes hereinafter jointly referred to as "defendants") have moved, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure ("F.R.C.P.") to "sever and stay" counts IV, V and VI of plaintiff's complaint.[1]

Plaintiff, Yeldeziena Condor (hereinafter, "Condor" and/or "Plaintiff") hereby objects to such motion and supports her opposition with an accompanying memorandum of law.

---

[1] As of the time of the filing of defendants' motion, there is another motion pending before the court, seeking to allow plaintiff to amend her complaint on the basis of newly discovered evidence of a second "GEICO" policy. If true and applicable, this would act to reduce the percentage contract liability of the moving defendants and they have filed no objection to that motion. If allowed, the amended complaint's counts numbered IV, V and VI would and will be unchanged as they relate to the claims against Summit and NLC, thus this objection is applicable to both the initial and any amended complaint.

Yeldeziena Condor
by her attorney,

/s/ John B. Reilly

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Tel.: (401) 272-2800
Fax: (401) 272-2811

**CERTIFICATION**

It is hereby certified that on the 2nd day of July 2008, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Jeffrey P. Finan, Esq.
Finan & Grourke
24 Spring Street
Pawtucket, RI 02860

Ronald Langlois, Esq.
Smith & Brink
One State Street, Suite 400
Providence, RI 02903

/s/ John B. Reilly