# EXHIBIT "A"

SUMMIT INSURANCE COMPANY

September 16, 2002

John Reilly & Associates
Attention: Attorney John B. Reilly
Summit West – STE 330
300 Centerville Road
Warwick, RI 02886

*Exceptional Coverage for Preferred Clients*

| | | |
|---|---|---|
| Subject: | Insured: | Joseph Ferri, III |
| | Claimant: | Yeldeziena Condor |
| | Our Claim #: | S0200638 |
| | Date of Loss: | August 24, 2002 |

Dear Attorney Reilly,

I am in receipt of your letter of representation dated 09/10/02 in regards to Yeldeziena Condor. Our insured's policy has $5000 in medical payment coverage and 100/300 in uninsured/underinsured motorist coverage. Per your request enclosed is a copy of the "Application for Benefits" that was submitted by Ms. Condor. If you should have any questions or concerns please contact me at 1-800-243-4080, ext. 4300.

Very truly yours,

Christeen Gilman

Christeen Gilman
Claims Representative
NLC Insurance Companies
Representing Summit Insurance Co.

Enclosure