UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

YELDEZIENA CONDOR
Plaintiff,

v. C.A. No. 07-460 ML

GEICO GENERAL INSURANCE COMPANY,
SUMMIT INSURANCE COMPANY,
And NEW LONDON COUNTY MUTUAL
INSURANCE COMPANY,
Defendants.

**STIPULATION WITHDRAWING PLAINTIFF'S MOTION TO COMPEL DEFENDANTS, SUMMIT INSURANCE COMPANY AND NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, TO FURNISH INITIAL DISCLOSURES**

In the above-entitled matter it may entered that plaintiff hereby withdraws her motion to compel defendants, Summit Insurance Company and New London County Mutual Insurance Company, to furnish initial disclosures on the basis of the receipt of initial disclosures on June 26, 2008.

Yeldeziena Condor,
by her attorney,

/s/ John B. Reilly

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Tel.: (401) 272-2800
Fax: (401) 272-2811

# **CERTIFICATION**

I hereby certify that on the 3rd day of July, 2008, a true copy of the within document has been filed through the ECF system and will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing (NEF).

Jeffrey P. Finan, Esq.
Finan & Grourke
24 Spring Street
Pawtucket, RI 02860

Ronald Langlois, Esq.
Smith & Brink
One State Street, Suite 400
Providence, RI 02903

___/s/ John B. Reilly_________________