UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

YELDEZIENA CONDOR

VS. C.A. No.: 07-460-ML

GEICO GENERAL INSURANCE COMPANY, SUMMIT INSURANCE COMPANY AND NEW LONDON COUNTY MUTUAL INSURANCE COMPANY

**DEFENDANT GEICO GENERAL INSURANCE COMPANY'S MOTION FOR EXTENSION WITHIN WHICH TO RESPOND TO THE PLAINTIFF'S INTERROGATORIES (RULE 33(B)(3))**

Now comes the Defendant, GEICO General Insurance Company in relation to the above captioned claim, and hereby moves for a forty (40) day extension, i.e., up to and including August 26, 2008, within which to respond to the Plaintiff's First Set of Interrogatories.

In support thereof, this defendant states that there is presently pending before this Honorable Court the Plaintiff's Motion to Amend its Complaint, seeking coverage under an additional policy of insurance issued by GEICO General Insurance Company to Chelesea Bergeron, which Motion to Amend has not, as of yet, been ruled upon by the court. This defendant further states that the extension will not prejudice any of the parties, as the discovery deadline has been set for January 30, 2009. Finally the defendant states that pursuant to Local Rule CV-7(a), it does not appear as though a separate Memorandum of Law is required in support of the Motion.

Defendant
GEICO General
Insurance Company
By Its Attorneys
FINAN & GROURKE
/s/ Jeffrey P. Finan
Jeffrey P. Finan #3278
24 Spring Street
Pawtucket RI 02860
401-723-6800
401-726-6340 (fax)
jpf@finangrourke.com

**CERTIFICATION**

I hereby certify that a copy of the within was filed through the ECF System on July 10, 2008, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jeffrey P. Finan