Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Magistrate Judge Martin

RE: CA 07-460ML

Condor v. Geico General Insurance, et al

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on 7 / 2 / 08 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

_____ 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

_____ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

X 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)). ~~and LR Cv 7(d)~~

_____ 10. Other_____

ENTER:

David L. Martin

United States Magistrate Judge
cc: Counsel of Record

Date: 7-11-08

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

YELDEZIENA CONDOR
Plaintiff

vs. C.A. No. 07-460 ML

GEICO GENERAL INSURANCE COMPANY; SUMMIT INSURANCE COMPANY and NEW LONDON COUNTY MUTUAL INSURANCE COMPANY
Defendants

**PLAINTIFF'S OBJECTION TO MOTION OF DEFENDANTS, SUMMIT INSURANCE COMPANY AND NEW LONDON COUNTY MUTUAL INSURANCE COMPANY, TO "SEVER AND STAY" COUNTS IV, V and VI OF PLAINTIFF'S COMPLAINT PURSUANT TO RULE 42(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Defendants, Summit Insurance Company ("Summit") and New London County Mutual Insurance Company ("NLC") (also sometimes hereinafter jointly referred to as "defendants") have moved, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure ("F.R.C.P.") to "sever and stay" counts IV, V and VI of plaintiff's complaint.[1]

Plaintiff, Yeldeziena Condor (hereinafter, "Condor" and/or "Plaintiff") hereby objects to such motion and supports her opposition with an accompanying memorandum of law.

---

[1] As of the time of the filing of defendants' motion, there is another motion pending before the court, seeking to allow plaintiff to amend her complaint on the basis of newly discovered evidence of a second "GEICO" policy. If true and applicable, this would act to reduce the percentage contract liability of the moving defendants and they have filed no objection to that motion. If allowed, the amended complaint's counts numbered IV, V and VI would and will be unchanged as they relate to the claims against Summit and NLC, thus this objection is applicable to both the initial and any amended complaint.