UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

YELDEZIENA CONDOR
Plaintiff

vs. C.A.NO.: 07-460 ML

GEICO GENERAL LIABLITY
INSURANCE COMPANY, SUMMIT
INSURANCE COMPANY and NEW
LONDON COUNTY MUTUAL
INSURANCE COMPANY
Defendant

# ENTRY OF APPEARANCE

Now comes Nicholas Schwabb, Esquire, and hereby enters his appearance on behalf of Defendants, Summit Insurance Company and New London County Mutual Insurance Company, in the above-entitled matter.

/s/ Nicholas Schwabb
Nicholas Schwabb, Esq., #7788
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970

# CERTIFICATION

I hereby certify that on this 11th day of July, 2008, I mailed a true and accurate copy of the enclosed to:

John Reilly, Esq.
100 North Main Street, 4th Floor
Providence, RI 02903

Jeffrey Finan, Esq.
24 Spring Street
Pawtucket, RI 02860

/s/ Nicholas Schwabb