# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

YELDEZIENA CONDOR

VS. C.A. No.: 07-460-ML

GEICO GENERAL INSURANCE COMPANY, SUMMIT INSURANCE COMPANY AND NEW LONDON COUNTY MUTUAL INSURANCE COMPANY

**DEFENDANT GEICO GENERAL INSURANCE COMPANY'S OBJECTION TO PLAINTIFF'S NOTICE OF DEPOSITION/SUBPOENA DUCES TECUM ISSUED TO TH EKEPER OF RECORDS OF THE KEEPER OF RECORDS OR DESIGNEE OF THE UNDERWRITING DEPARTMENT OF GEICO GENERAL INSURANCE COMPANY**

Now comes the Defendant, GEICO General Insurance Company in relation to the above captioned claim, and hereby objects to the Notice of Intention to Take Deposition and Subpoena Duces Tecum issued on the Keeper of Records or Designee of the Underwriting Department of GEICO General Insurance Company, said Subpoena having been served on or about June 27, 2008.

In support thereof, the Defendant, GEICO General Insurance Company, states that said information sought contained within the Subpoena Duces Tecum is overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and is otherwise beyond the general scope of Rule 26 of the Federal Rules of Civil Procedure. Without waiving said objection, the defendant agrees that it shall produce true and accurate copies of Policy Number 519-83-82, issued to John Laroche, of 192 Andrews Avenue, Apt. 2, West Warwick, RI 02893-5828 which was in full force and effect as of August 24, 2002. Furthermore, to the extent that this Honorable Court grants the Plaintiff's Motion to Amend its Complaint, this defendant shall produce a true and accurate copy of Policy Number 0701-33-39, issued to Chelesea C. Bergeron, of 20 Netop Drive, Providence, RI 02907-3706, effective as of August 24, 2002.

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860
(401) 723-6800

Defendant
GEICO General
Insurance Company
By Its Attorneys
FINAN & GROURKE

Jeffrey P. Finan #3278
24 Spring Street
Pawtucket RI 02860
401-723-6800
401-726-6340 (fax)
jpf@finangrourke.com

**CERTIFICATION**

I hereby certify that a copy of the within was mailed to John B. Reilly, Esq., John B. Reilly & Associates, 100 North Main Street, 4th Floor, Providence, RI 02903 and Ronald Langlois, Esq., Smith & Brink, PC, One State Street, Ste. 400, Providence, RI 02903 on July 10, 2008.

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860
(401) 723-6800