UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

YELDEZIENA CONDOR

v. CA 07-460 ML

GEICO GENERAL LIABILITY INSURANCE COMPANY, SUMMIT INSURANCE COMPANY and NEW LONDON COUNTY MUTUAL INSURANCE COMPANY

MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Sever and Stay Plaintiff's "bad faith" and "abuse of process" claims. (Counts II, IV, V, and IV) For the reasons set forth in Defendants' Memoranda in Support of the Motions (Docket #19 and 27), the Motions to Sever and Stay are GRANTED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
July 24, 2008