UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
YELDEZIENA CONDOR,                      :
            Plaintiff,                  :
    v.                                  :
                                        :       CA 07-460 ML
GEICO GENERAL INSURANCE COMPANY,        :
SUMMIT INSURANCE COMPANY, and           :
NEW LONDON COUNTY MUTUAL                :
INSURANCE COMPANY,                      :
            Defendants.                 :
```

**ORDER
DENYING WITHOUT PREJUDICE
PLAINTIFF'S MOTIONS TO COMPEL**

Before the Court are two motions: (1) Plaintiff, Yeldeziena Condor's, Motion to Compel Defendant GEICO General Insurance Company to Answer First Set of Interrogatories (Document ("Doc.") #36) ("Motion to Compel Answers"); and (2) Motion of Plaintiff, Yeldeziena Condor, to Compel Defendant, GEICO General Insurance Company, to Respond to Requests for Document Production (Doc. #37) ("Motion to Compel Production") (collectively the "Motions"). Defendant GEICO General Insurance Company ("GEICO") has filed objections to the Motions.

Plaintiff states that "[i]n accordance with Rule 7(a) of the local rules of this Court, no separate memorandum is required in support of this motion." Motion to Compel Production at 1; see also Motion to Compel Answers at 1 ("In accordance with the Local Rules of this Court, no separate memorandum of law seems required in support of this motion."). However, Local Rule 37 provides, in relevant part, that:

> A motion to compel a response or further response to an interrogatory, request for production, or request for admission shall state the interrogatory or request, the response made, if any, and the reasons why the movant maintains that the response is inadequate. Motions to compel shall comply with the requirements if LR Cv 7.

D.R.I. LR Cv 37(a).

Because the Motions do not comply with Local Rule 37, they are **denied without prejudice**.  Plaintiff may refile the Motions in accordance with D.R.I. LR Cv 37(a).  Defendant shall, as required by Local Rule 7(b), file a separate memorandum of law with its objections.  See D.R.I. LR Cv 7(b)(1) ("Any party opposing a motion shall file and serve an objection not later than fourteen (14) calendar days after service of the motion.  Every objection shall be accompanied by a separate memorandum of law setting forth the reasons for the objection and applicable points and authorities supporting the objection.").

So ordered.

ENTER:


/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
October 20, 2008